# U.S. District Court
## Western District of Virginia (Roanoke)
### CIVIL DOCKET FOR CASE #: 7:19–cv–00372–EKD

City of Covington, Virginia v. Purdue Pharma L.P. et al
Assigned to: Judge Elizabeth K. Dillon
Cause: 28:1332 Diversity–Notice of Removal

Date Filed: 05/16/2019
Date Terminated: 08/01/2019
Jury Demand: Defendant
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**City of Covington**     represented by     **Grant Edward Morris**
Sanford Heisler, LLP
611 Commerce Street, Suite 3100
Nashville, TN 37203
615–434–7000
Fax: 615–434–7020
Email: gmorris@sanfordheisler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Tallent Rogers**
Kaufman & Canoles, P.C.
P.O. Box 3037
Norfolk, VA 23514
757–624–3004
Fax: 888–360–9092
Email: ltrogers@kaufcan.com
*TERMINATED: 08/01/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Patrick Hugh O'Donnell**
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
757–624–3305
Fax: 888–360–9092
Email: phodonnell@kaufcan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Richard Johan Conrod , Jr.**
Kaufman & Canoles, P.C.
P.O. Box 3037
Norfolk, VA 23514
757–624–3196
Fax: 888–360–9092
Email: rjconrod@kaufcan.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**William Edgar Spivey**
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
757−624−3196
Fax: 888−360−9092
Email: wespivey@kaufcan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

V.

**Defendant**

**Purdue Pharma L.P.**

**Defendant**

**Purdue Pharma Inc.**

**Defendant**

**The Purdue Frederick Company, Inc.**

**Defendant**

**Rhodes Pharmaceuticals, L.P.**

**Defendant**

**Abbott Laboratories**

**Defendant**

**Abbott Laboratories, Inc.**

**Defendant**

**Abbvie Inc.**

**Defendant**

**Mallinckrodt PLC**

**Defendant**

**Mallinckrodt LLC**

**Defendant**

**Specgx LLC**

**Defendant**

**Endo Health Solutions Inc.** represented by **Robert Adam DeRise**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
202–942–6029
Email: robert.derise@apks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Endo Pharmaceuticals Inc.** represented by **Robert Adam DeRise**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**PAR Pharmaceutical Companies, Inc.**

**Defendant**

**PAR Pharmaceutical, Inc.**

**Defendant**

**TEVA Pharmaceuticals USA, Inc.**

**Defendant**

**Cephalon, Inc.**

**Defendant**

**Barr Laboratories, Inc.**

**Defendant**

**Watson Laboratories, Inc.**

**Defendant**

**Actavis Pharma, Inc**

**Defendant**

**Actavis, LLC**

**Defendant**

**Janssen Pharmaceuticals, Inc.**

**Defendant**

**Ortho–Mcneil–Janssen Pharmaceuticals, Inc**

**Defendant**

**Janssen Pharmaceutica, Inc.**

**Defendant**

**Allergan PLC**

**Defendant**

**Allergan Finance, LLC**

**Defendant**

**Insys Therapeutics, Inc.**

**Defendant**

**KVK–Tech, Inc.**

**Defendant**

**Amneal Pharmaceuticals LLC**

**Defendant**

**Impax Laboratories, LLC**

**Defendant**

**Amneal Pharmaceuticals, Inc.**

**Defendant**

**Amneal Pharmaceuticals of New York, LLC**

**Defendant**

**Mylan Pharmaceuticals, Inc.**

**Defendant**

**McKesson Corporation**

**Defendant**

**McKesson Medical–Surgical Inc.**

**Defendant**

**Cardinal Health, Inc.**

**Defendant**

**Amerisourcebergen Drug Corporation**

**Defendant**

**Henry Schein, Inc.**

**Defendant**

**General Injectables & Vaccines, Inc.**

**Defendant**

**Insource, Inc.**

**Defendant**

**CVS Health Corporation**

**Defendant**

**CVS Pharmacy, Inc.**

**Defendant**

**CVS TN Distribution, L.L.C.**

**Defendant**

**Walgreens Boots Alliance, Inc.**

**Defendant**

**Walgreen Co.**

**Defendant**

**Express Scripts Holding Company**

**Defendant**

**Express Scripts, Inc.**

**Defendant**

**Caremark RX, L.L.C.**

**Defendant**

**CaremarkPCS Health, L.L.C.**

**Defendant**

**Caremark, L.L.C.**

**Defendant**

**UnitedHealth Group Incorporated**     represented by  **Turner Anderson Broughton**
Williams Mullen – Richmond
200 South 10th Street, Suite 1600
Richmond, VA 23219
804–420–6926
Fax: 804–664–0957
Email: tbroughton@williamsmullen.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Optum, Inc.**     represented by    **Turner Anderson Broughton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**OptumRx, Inc.**     represented by    **Turner Anderson Broughton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Does 1–100**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/16/2019 | Ï 1 | NOTICE OF REMOVAL from Alleghany County Circuit Court, case number CL19–304. (Filing & Administrative fee $ 400, receipt #0423–3144523), filed by Endo Health Solutions Inc., Endo Pharmaceuticals Inc.. (Attachments: # 1 Exhibit 1–State Court Records, # 2 Civil Cover Sheet)(ck) (Entered: 05/17/2019) |
| 05/16/2019 | Ï 2 | Positive Corporate Disclosure Statement by Endo Health Solutions Inc., Endo Pharmaceuticals Inc. identifying Corporate Parent Endo International plc for Endo Health Solutions Inc., Endo Pharmaceuticals Inc.. (ck) (Entered: 05/17/2019) |
| 05/17/2019 | Ï 3 | Magistrate Consent Notice to Parties. (ck) |
| 05/17/2019 | Ï 4 | Order Requesting Transmittal of Case File from Alleghany County Circuit Court. Signed by Judge Elizabeth K. Dillon on 5/17/2019. (ck) |
| 05/21/2019 | Ï 5 | NOTICE by Optum, Inc., OptumRx, Inc., UnitedHealth Group Incorporated *of Supplemental Notice of Removal* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Broughton, Turner) |
| 05/21/2019 | Ï 6 | NOTICE of Appearance by Turner Anderson Broughton on behalf of Optum, Inc., OptumRx, Inc., UnitedHealth Group Incorporated (Broughton, Turner) |
| 05/21/2019 | Ï 7 | MOTION to Remand *and Incorporated Memorandum of Law* by City of Covington. (Rogers, Lauren) |
| 05/21/2019 | Ï 8 | Supplemental MOTION to Remand *and Incorporated Memorandum of Law* by City of Covington. (Rogers, Lauren) |
| 05/21/2019 | Ï 9 | Negative Corporate Disclosure Statement by UnitedHealth Group Incorporated (Broughton, Turner) Modified on 5/28/2019 to correct docket text (ck). |

| | | |
|---|---|---|
| 05/21/2019 | 10 | Positive Corporate Disclosure Statement by Optum, Inc., identifying Corporate Parent OptumRX Holdings, LLC and UnitedHealth Group Incorporated (Broughton, Turner) Modified on 5/28/2019 to correct docket text (ck). |
| 05/21/2019 | 11 | Positive Corporate Disclosure Statement by OptumRx, Inc., identifying Corporate Parent OptumRX Holdings and UnitedHealth Group Incorporated (Broughton, Turner) Modified on 5/28/2019 to correct docket text (ck). |
| 05/23/2019 | 12 | NOTICE by Endo Health Solutions Inc., Endo Pharmaceuticals Inc. *of Notice and Proof of Service to the Parties and the Circuit Court of Removal of Action to Federal Court* (Attachments: # 1 Exhibit 1)(DeRise, Robert) |
| 05/24/2019 | 13 | MOTION to Stay by Optum, Inc., OptumRx, Inc., UnitedHealth Group Incorporated. (Broughton, Turner) |
| 05/24/2019 | 14 | Brief / Memorandum in Support re 13 MOTION to Stay . filed by Optum, Inc., OptumRx, Inc., UnitedHealth Group Incorporated. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit A, # 17 Text of Proposed Order)(Broughton, Turner) |
| 05/24/2019 | 15 | ORDER granting 13 Motion to Stay Case. This case is STAYED temporarily pending a decision by the JPML as to whether the case will be transferred to the Opiate MDL. Signed by Judge Elizabeth K. Dillon on 5/24/2019. (ck) |
| 05/28/2019 | 16 | Paper State Court Records received from Alleghany County Circuit Court, CL19–304, consisting of 1 folder, (Paper records available for viewing in the Clerk's Office.) (Attachments: # 1 Notice of Filing Notice of Removal, # 2 Notice of Removal, # 3 Order for State Court Records)(ck) |
| 07/31/2019 | 17 | MOTION to Withdraw as Attorney *and Memorandum in Support* by City of Covington. (Attachments: # 1 Text of Proposed Order)(Rogers, Lauren) |
| 08/01/2019 | 18 | ORAL ORDER granting 17 Motion to Withdraw as Attorney. Attorney Lauren Tallent Rogers terminated. Entered by Judge Elizabeth K. Dillon on 08/01/2019. (aab) |
| 08/01/2019 | 19 | Notice of MDL Transfer Order from District of Northern Ohio; MDL No. 2804. (aab) |